UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN HENRY FREDERICK,

    Petitioner,

v.                                         Case No. 4:19cv150-WS-HTC

STATE OF FLORIDA,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner, John Henry Frederick, initiated this matter on April 1, 2019 by submitting to Wakulla Correctional Institution mail officials[1] a petition under 28 U.S.C. § 2254, ECF Doc. 1. He filed an amended petition on May 6, 2019, ECF Doc. 5, and was granted *in forma pauperis* status on June 19, 2019. ECF Doc. 10. The matter was referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(B). For the reasons set forth below, the undersigned recommends the amended petition be dismissed without prejudice for failure to prosecute or to follow orders of the Court.

---

[1] See *Houston v. Lack*, 487 U.S. 266, 275-76 (1988) (Under the "prison mailbox rule," a *pro se* prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing.).

On May 16, 2019, Frederick was ordered by the Court to provide two service copies of the amended petition by May 30, 2019. ECF Doc. 7. He did not provide the copies by that date, and so the Court ordered him to show cause by July 15, 2019 why his case should not be dismissed. ECF Doc. 11. Instead of responding to the show cause order, Frederick filed a "Motion to Object" and a second motion for leave to proceed *in forma pauperis*. ECF Docs. 12 & 13. In addressing Frederick's Motion to Object and second motion to proceed *in forma pauperis*, the Court gave Frederick an additional opportunity to provide the service copies for his amended petition and extended the time to comply to August 12, 2019. ECF Doc. 14.

Once again, instead of providing the service copies or any explanation of why the service copies could not be provided, Frederick filed four documents, one entitled "response" (ECF Doc. 15) and three entitled "Motion to Object," (ECF Docs. 16, 17 and 18), which he had also simultaneously filed in several of his other cases also pending in this district. The Court denied those motions, and once again, gave Petitioner additional time, until September 6, 2019, to supply the service copies of his amended petition. ECF Doc. 19. Frederick did not supply the copies but instead filed another duplicative "Motion to Object." ECF Doc. 20.

The Court denied that motion and, in an abundance of patience, gave Frederick "one final opportunity to comply with this Court's order in this case and provide the appropriate service copies of his habeas petition or pay the fee associated

with having the Court provide service copies." ECF Doc. 21.  Frederick was explicitly warned, "Failure to comply with this order may result in a recommendation of dismissal for failure to prosecute or comply with orders of the Court." *Id.*  The service copies or fees were due by October 2, 2019 but have not been received by the Court.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute or failure to comply with a Court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 15th day of October, 2019.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. See 11th Cir. R. 3-1; 28 U.S.C. § 636.